UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR GURDEK, | : |
| Plaintiff, | : |
| v. | : NO. 3:13cv721 (WWE) |
| ORIONS MANAGEMENT GROUP, LLC, MARIA CRUZ, | : |
| DefendantS. | : |

## **JUDGMENT**

This action came on for consideration before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of the plaintiff's Motion for Default Judgment. On January 28, 2014, default entered against the defendants Orions, Management Group, LLC and Maria Cruz. On February 11, 2014, an Order entered granting plaintiff Arthur Gurdek's Motion for Default Judgment in the amount of $1,000.00 statutory damages pursuant to the Fair Debt Collection Practices Act; $1,000.00 statutory damages pursuant to the Connecticut Creditor's Collection Practices Act, $2,400.00 in attorney's fees and $589.76 costs for a total of $4,989.76.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff Arthur Gurdek, against the defendants, Orions Management Group, LLC and Maria Cruz, in the amount of $1,000.00 statutory damages pursuant to the Fair Debt Collection Practices Act; $1,000.00 statutory damages pursuant to the Connecticut Creditor's Collection Practices Act, $2,400.00 in attorney's fees and $589.76 costs for a total of $4,989.76.

Dated at Bridgeport, Connecticut this 11th day of February 2014.

ROBERTA D. TABORA, Clerk
By:
 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD:    2/11/2014